# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** No. 23-1967          **Short Title:** Seguin v. RI Dept of Human S

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Rhode Island Department of Human Services and Rhode Island Office of Child Support Services as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Marissa Danielle Pizaña
Signature

December 7, 2023
Date

Marissa Danielle Pizaña
Name

Office of the Attorney General
Firm Name (if applicable)

401-274-4400 ex. 2055
Telephone Number

150 South Main Street
Address

401-222-2995
Fax Number

Providence, RI 02903
City, State, Zip Code

mpizana@riag.ri.gov
Email (required)

Court of Appeals Bar Number: 1209788

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 23-1851

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).