

# STATE OF RHODE ISLAND
## OFFICE OF THE ATTORNEY GENERAL

150 South Main Street • Providence, RI 02903
(401) 274-4400 • www.riag.ri.gov

*Peter F. Neronha*
*Attorney General*

December 8th, 2023

**Clerk of Court**
First Circuit Court of Appeals
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210

**Re: Seguin v. RI Dept of Human Services, et. al., 23-1967**

Dear Clerk:

    Defendant-Appellees respectfully ask that the Court take notice that counsel for Appellees respectfully requests to be excused from Court for the following dates and reasons:

- **December 20th, 2023 (personal reasons);**
- **And December 26th, 2023 – January 5th, 2024 (personal reasons)**

        Respectfully Submitted,

        APPELLEES

        By:

        PETER F. NERONHA
        ATTORNEY GENERAL

        */s/ Marissa D. Pizaña*
        Marissa D. Pizaña
        Special Assistant Attorney General
        The State of Rhode Island | Office of the Attorney General
        150 South Main Street | Providence, RI – 02903
        Office: +1 401 274 4400 | Ext: 2055
        mpizana@riag.ri.gov | www.riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within Court Excusal via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the attorneys of record on this 8th day of December, 2023.

*/s/ Abigail Clark*