UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

MARY SEGUIN

v.                                                                         NO. 23-1967

RHODE ISLAND DEPARTMENT
OF HUMAN SERVICES, ET.AL.

## MOTION TO STRIKE[1]

Now come State Defendants/Appellees and move this Court for an Order Striking Document number 00118123623, containing numerous exhibits, containing a total of 534 pages from the record. Plaintiff/Appellant Mary Seguin in the District Court engaged in filing a slew of Motions in a blatant attempt to circumvent the Rules of the District Court. Seguin now appears to be blatantly attempting to circumvent the Rules of this Court. In her most recent filing, Seguin is attempting to engage in filing a "Notice" that after a quick peruse appears to consist of arguments on the merits of the Appeal and requests for this Court to stay the District Court's denial of Plaintiff's untimely time to file Motions to Stay and Motions for Reconsideration. This Court should not allow Seguin to file multiple briefs in the

---

[1] A similar Motion to Strike is being filed in *Seguin v. Rhode Island Office of Child Support Services, et. al.*, No. 23-1851.

guise of "Requests" for judicial notice — especially since Seguin has still not provided this Court with her intent to file a Notice of Appeal pursuant to this Court's Order entered on March 1, 2024. Therefore, State Defendants/Appellees respectfully request that the "Notice", bearing Document stamp no. 00118123623, be stricken from the record.

Respectfully Submitted,

**STATE DEFENDANTS-APPELLEES**, By:

**PETER F. NERONHA**
**ATTORNEY GENERAL**

*/s/ Marissa D. Pizaña*

Marissa D. Pizaña (#1209788)
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
150 South Main St. Providence, RI 02903
Tel: (401) 274-4400 | Ext. 2055
Fax: (401) 222-2995
mpizana@riag.ri.gov

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via U.S. First Class mail to the following on this 29th day of March, 2024.

Mary Seguin
P.O. Box 22022
Houston, TX 77019

      */s/ Marissa D. Pizaña*