No. 24-1313

No. 23-1978

No. 23-1967

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
UNITED STATES OF AMERICA,

Plaintiff-Appellant,

MARY SEGUIN

v.

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; Rhode Island OFFICE OF Child Support Services in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND STATE COURT SYSTEM in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND STATE COURT SYSTEM; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities; TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK

Defendants-Appellees.

Appeal from the United States District Court

for the District of Rhode Island

_____

**APPELLANT'S REPLY TO STATE APPELLEES AND COUNSEL FOR STATE APPELLEES**

_____

**ORGANIZED FRAUD, THEFT OF PUBLIC MONEY AND GOVERNMENT PROGRAMS INVOLVING BILLIONS OF DOLLARS**

**Unlawful Interstate Collection of Unlawful 12% Compound Interest Within the Title IV-D Legal Framework Involving Organized Felonious Acts by Appellees and Misprision of Felony by Appellee Counsels**

State Appellees' frivolous and repetitious objections to Appellant's Motion for Sanctions merely frivolously and meaninglessly repeat their own audacious *opinions* **unsubstantiated by proof.**

Glaringly, in their objections filed in four pending appeals, 23-1967, 23-1978, 24-1313, as well as 23-1851, State Appellees and counsels for State Appellees fail to explain to the Court how the State Policy Rhode Island put into practice state-wide since 1996 in **Exhibit I** supports their obstruction of justice filings lying to the federal courts that their enforcement scheme is allegedly "legal."

State Appellees' obvious Rule 11 violations is not just frivolous or dilatory but is plainly indictable and sanctionable fraud on the court. Public justice dictates it.

Younger Abstention exceptions encompass indictable and sanctionable fraud and fraud on the court by State actors, as the Appellees committed here.

This case is in regards to the organized fraud, theft of public money and government programs involving billions of dollars by the 42 U.S.C. § 654 regulated political subdivisions and partner private persons named in the action, through the obstruction of justice felonious and corrupt interstate collection of unlawful 12% compound interest that involved the felonious tampering of the Title IV-D automated data processing system and felonious false certifications to TEXAS and the United States by State Policy, defrauding and victimizing the Appellant within the Title IV-D Legal Framework Involving Felonious Acts by the Appellees and Misprision of Felony by Appellee Counsels and the district court judge William E. Smith, a former Public Law Practice Partner of Edwards & Angell having knowledge and advisement on the State Appellees' development, adoption and implementation of the **State Policy,** attached hereto in **<u>Exhibit I</u>**, from 1996-2002, who endeavors to interfere with Appeal No. 23-1967 through corrupt *functus officio* void acts instructing the district court clerk to tamper with the record on appeal in Appeal No. 23-1967 and No, 23-1978 in two official judicial proceedings that are protected by 18 U.S.C. § 503.

Appellant attaches **ECF 33** hereto **Exhibit II** that conclusively shows, per certification by the district court clerk, there were *no pending motions* at the time of the filing by Appellant of the Notice of Appeal ECF 32 on November 17, 2023.

Counsels for Appellees violated, among others, 18 U.S.C. § § 503, 4, by concealing from the explicitly named federal authorities under Section 4 the State Policy in **Exhibit I** and their felonious removal of interest from the system in 2018 when they feloniously certified to Texas and to the United States a false support with the interest thus feloniously removed by policy as well as the commission of the above, including to the judges of this United States Appellate Court in the First Circuit, shown in **Exhibit III**. Counsels for State Appellees here are principals of the district court's perversion of justice scheme by continuing to file "objections" into a divested jurisdiction district court post-appeal after November 17, 2023 while the appeals were pending in Appeal No. 23-1967 and Appeal No. 23-1978.

This Appellate Court has, and the judges in this United States Court of Appeals in the First Circuit have the duty to protect the pending government proceedings or appellate judicial proceedings in Appeal No. 23-1967 and No. 23-1978 pursuant to, among others, 18 U.S.C. § 503 and 18 U.S.C. § 4.

WHEREFORE, the Court should grant Appellant's pending motions for sanctions in their entirety. The Court should grant 11x $250,000 for each

infraction payable by the State Appellees and counsels for State Appellees for State Appellees' continuous fraud on the court filings.

                Respectfully submitted,

                Mary Seguin
                Pro Se
                /s/ *Mary Seguin*

                Email: maryseguin22022@gmail.com
                Phone: (281)744-2016
                P.O. Box 22022
                Houston, TX  77019

                Dated: April 11, 2024

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Docket Statement has been served via the Court's ECF filing system on April 11, 2024, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

                Mary Seguin
                Pro Se
                /s/ *Mary Seguin*

                Email: maryseguin22022@gmail.com
                Phone: (281)744-2016
                P.O. Box 22022
                Houston, TX  77019

# EXHIBIT I.

# SPECIFICATION FOR OCSS CHANGE ORDER
### *Auto Adjustment of Interstate Interest*

This specification will outline the process by which interstate cases are selected, automatic adjustments are created, and support orders are modified all for the purpose of removing interest from interstate cases.

## FUNCTIONAL REQUIREMENTS

It is desirable for the Rhode Island Office of Child Support Services (OCSS) to prohibit the charging of interest on interstate cases. This is manually done by placing an N in the interest field on page 2 of the support order. Entry of the N not only prohibits the charging of future interest but automatically creates adjustments to zero out any existing interest.

There currently exists on the InRhodes system interstate cases for which the interest field is not an N and for which there is interest due. It is these cases that the system will process.

If on an interstate case, the interest field on the support order is blank, the system will automatically place an N in the interest field and create non-cash adjustments to zero out any existing interest. No support order modification or interest adjustments will be done on interstate cases without a support order or for which the interest field is already an N or is a Y, B or P.

Two reports will be created. The first will detail the interstate cases for which a support order modification was done and for which one or more interest adjustments were created. The second report will detail interstate cases for which the interest field is Y, B or P. A Y in the interest field is an order to accrue interest while B and P are orders to stay future interest but to keep any interest that has accrued to date.

# EXHIBIT II.

Case 1:23-cv-00126-WES-PAS  Document 33  Filed 11/17/23  Page 1 of 5 PageID #: 931



# UNITED STATES DISTRICT COURT
*District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: **Seguin** vs. **RI Dept of Human Services**

District Court Number: **1:23cv126-WES-PAS**   Presiding Judge: **Judge Smith**

Notice of Appeal filed by: **Plaintiff**   Notice of Appeal document number: **32**

Appeal from: **Text Order dated 11/17/2023 and Text Order dated 11/17/2023**

Other information:

Fee status: **Due**   Pro se case: Yes ✔  No ☐

Emergency or requires expedition: **No**   If yes, reason:

| Record Information |
|---|

Motions Pending   Yes ☐   No ✔
*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date: **11/17/2023**

HANORAH TYER-WITEK
Clerk of Court

**/s/ Meghan Kenny**
Deputy Clerk

# EXHIBIT III.

Case Number: K20010520M
Filed in Providence/Bristol County Family Court
Submitted: 6/1/2023 10:13 PM
Envelope: 4132704
Reviewer: Maria O.

11:28:47 Tuesday, December 13, 2022

```
12/13/22   11:28              C A S E   T R A C K I N G              CSCL  ASMXA201
           TRAC.00                    CASE HISTORY                   U824  PROD
STARTING DATE   09 01 2021
SELECTION       COMPREHENSIVE CASE HISTORY
```

12/06/21 KEVIN TIGHE (KDT5558) ENTERED COMMENT
AGENT CONTACTED ME THAT NCP WANTS TO PAY ALL ARREARS TO OBTAIN PASSPORT. I
CALLED CP PRIVATE ATTORNEY BARBARA GRADY TO ADVISE, AND TO DISCUSS IF CP
WANTS THE INTEREST PUT BACK ON THE CASE (███████████████████████
████████████████████████████). WE REMOVED THE INTEREST WHEN
CASE WAS MADE UI WHEN WE WERE FILING TO TEXAS. ATTY GRADY CHECKED WITH CP
AND CP IS SATISFIED WITH THE LUMP SUM PAYMENT OF PRINCIPLE OF $104K +/-.
AFTER CONFERENCE WITH MONIQUE BONIN AND FRANK DIBIASE, IT WAS DECIDED TO
REQUIRE PAYMENT IN MORE SECURE/LESS REVERSABLE FORM THAN CREDIT CARD, SO $
WILL NEED TO BE WIRED OR BY BANK CHECK. AGENT WILL BE CONTACTED BACK BY NCP
AS NCP WON'T GIVE PHONE NUMBER OR EMAIL ADDRESS. AGENT IS NOT EVEN SURE IF
NCP IS IN COUNTRY. INTEREST IS NOT INCLUDED IN AMOUNT THAT IS CONSIDERED
FOR PASSPORT PURPOSES IN ANY EVENT.

12/06/21 KEVIN TIGHE (KDT5558) ENTERED COMMENT

```
RL: 80  12 22 ABSP:           SEGUIN      MARY            CMD:
FNX: TRAC   D CLIENT:         MEYERSIEK   GERO    K       PNL:
```

Case Number: K20010521M
Filed in Providence/Bristol County Family Court
Submitted: 6/1/2023 10:13 PM
Envelope: 4132704
Reviewer: Maria O.

```
11:20:56 Tuesday, December 13, 2022


   12/13/22   11:28          C A S E   T R A C K I N G       CSCL  ASMXA201
              TRAC.00              CASE HISTORY               U824  PROD
   STARTING DATE   09 01 2021
   SELECTION    COMPREHENSIVE CASE HISTORY

   12/06/21 KEVIN TIGHE (KDT5558) ENTERED COMMENT_____
   BUSINESS OFFICE HAS PUT A FLAG ON DISBURSMENTS SO WE CAN GET THIS SORTED
   OUT. ADVISED AGENT THAT WHILE THERE IS NO BODY ATTACHMENT FOR NCP ISSUED
   FOR OCSS, THERE MAY BE A BODY ATTACHMENT THAT ISSUED PRIVATELY, SO WE DO
   NOT WANT TO TELL THE NCP ANY MORE THAN THAT. NCP CAN CHECK WITH THE COURT.
   ATTY GRADY SAID THAT SHE DOES NOT RECALL WHETHER OR NOT BA ISSUED PRIVATEL
   Y FOR NCP. ONCE WE ARE SATISFIED THAT PAYMENT HAS BEEN MADE AND THE FORM
   OF IT, WE CAN NOTIFY SYSTEMS TO RELEASE THE BLOCK ON PASSPORT.

   12/07/21 WENDY FOBERT (WAF2363) ENTERED COMMENT_____
   PER ATTY KDT AT CP REQUEST REINSTATING INTEREST_____

   12/07/21 KEVIN TIGHE (KDT5558) ENTERED COMMENT_____
   REC'D CALL FROM ATTY GRADY THAT CP HAD RECONSIDERED AND WANTED INTEREST
   TO BE PUT BACK UP ON SYSTEM. EMAIL TO ACCOUNTING OFFICE TO PUT THE INTERES


   RL: 80  12 22 ABSP:         SEGUIN       MARY         CMD: _____
   FNX: TRAC  D CLIENT:        MEYERSIEK    GERO    K    PWL:
```

Case No: 23-1907
Filed in Providence/Bristol County Family Court
Submitted: 8/1/2023 10:13 PM
Envelope: 4132704
Reviewer: Maria O.

11:29:01 Tuesday, December 13, 2022

```
12/13/22    11:29           C A S E   T R A C K I N G           CSCL  ASMXA201
            TRAC.00                CASE HISTORY                 U824  PROD
STARTING DATE   09 01 2021
SELECTION       COMPREHENSIVE CASE HISTORY
```

12/07/21 KEVIN TIGHE (KDT5558) ENTERED COMMENT
REC'D CALL FROM ATTY GRADY THAT CP HAD RECONSIDERED AND WANTED INTEREST
TO BE PUT BACK UP ON SYSTEM. EMAIL TO ACCOUNTING OFFICE TO PUT THE INTERES
T THAT WAS REMOVED IN 10/18 BACK UP ON SYSTEM AND TO RUN INTEREST FORWARD.

12/09/21 WENDY FOBERT (WAF2363) ENTERED COMMENT
SUSPEND DISBURSEMENT FLAG WAS CHANGED FROM B TO SPACE
   FROM CASE DATA PANEL

12/09/21 KATHLEEN MCCUSKER (KMM8623) ENTERED COMMENT
SUSPEND PASSPORT OFFSET WAS CHANGED FROM (BLANK) TO Y
FROM CASE ID: ███████████
   FROM OFST PANEL

12/09/21 KEVIN TIGHE (KDT5558) ENTERED COMMENT

RL: 80 12 22 ABSP:            SEGUIN      MARY         CMD:
FNX: TRAC   D CLIENT:         MEYERSIEK   GERO     K   PNL:

Case Number: [illegible]
Filed in Providence/Bristol County Family Court
Submitted: 9/1/2023 10:13 PM
Envelope: 4132704
Reviewer: Maya C.

11:29:35 Tuesday, December 13, 2022

```
12/13/22   11:29         C A S E   T R A C K I N G         CSCL  ASMXA201
           TRAC.00           CASE HISTORY                  U824  PROD
STARTING DATE   09 01 2021
SELECTION    COMPREHENSIVE CASE HISTORY
```

12/09/21 KEVIN TIGHE (KDT5558) ENTERED COMMENT
ACCOUNTING HAS CONFIRMED WITH TREASURY THAT THE $104,000 PAYMENT HAS BEEN RECEIVED AND THAT THAT ACCOUNT WILL NOT ALLOW THE MONEY TO BE REVERSED OUT OF THE ACCOUNT. BASED ON THAT INFORMATION, I ASKED SYSTEMS TO RELEASE THE PASSPORT BLOCK. ACCOUNTING HAS GIVEN ME THE BANK INFORMATION THAT CAME IN WITH THE WIRE TRANSFER. I AM REFERRING THIS TO T. FLYNN TO RESEARCH IF WE CAN MATCH ACCOUNT TO NCP AND TO LIEN IT IF POSSIBLE. ATTY GRADY, WHO REPRESENTS CP HAS ASKED THAT THE PAYMENT BE MADE BY CHECK RATHER THAN ON THE KIDSCARD. ACCOUNTING WILL DO THIS, BUT I TOLD ATTY THAT IT MAY TAKE A FEW DAYS TO EFFECTUATE. ATTY GRADY ALSO SENT EMAIL TODAY CONFIRMING THAT SHE REPRESENTS CP AND IS AUTHORIZED TO TAKE POSSESSION OF THE CHECK. CP IS BLIND SO COMING TO THE OFFICE TO PICK UP IS A HARDSHIP AND ACCOUNTING IS CONCERNED ABOUT MAILING THE CHECK.

12/09/21 WENDY FOBERT (WAF2343) ENTERED COMMENT

```
RL: 80  12 22 ABSP:           SEGUIN       MARY           CMD:
FNX: TRAC  D CLIENT:          MEYERSIEK    GERO    K      PNL:
```

```
11:29:09 Tuesday, December 13, 2022


   12/13/22   11:28          C A S E   T R A C K I N G        CSCL  ASMXA201
              TRAC.00              CASE HISTORY               U824  PROD
   STARTING DATE   09 01 2021
   SELECTION    COMPREHENSIVE CASE HISTORY

   12/09/21 WENDY FOBERT (WAF2363) ENTERED COMMENT_____
   CORRECT CP MEDCL ARREARS AS INTEREST OF $6028.75 WAS ADDED TO PRINCIPAL IN__
   ERROR.  RELEASED $104185.98 WIRE TRANSFER RECEIVED 12/8/21 TO NON FIP_____
   PRINCIPAL $93214.56, CP MEDCL PRINCIPAL $8675.00 AND MEDICAID PRINCIPAL____
   $2296.42_____

   12/09/21 18:32 ASPXEND (ASPXEND) DEACTIVATED THE CODE:_____
       TF61 (IN ARREARS - SEND OOS REQUEST FOR CONTEMPT ACTION)_____

   12/09/21 SYSTEM CLOSED ENFORCEMENT EPISODE WITH FINAL STATUS_____
       58 COMPLETED - RECEIPTS/ADJUSTMENT ENDED DELINQUENCY_____

   12/10/21 ADAM DIAS (ACD2457) ENTERED COMMENT_____
   MADE ADJ TO CORRECT ACCIDENTAL ADJ THAT MADE CP MED NEGATIVE. IT IS SUPPOS_
   ED TO BE $6028.75._____


   RL: 80  12 22  ABSP:         SEGUIN       MARY           CMD: _____
   FNX: TRAC   D CLIENT:        MEYERSIEK    GERO       K   PNL:
```

Case Number: 23-01967
Filed in Providence/Bristol County Family Court
Submitted: 6/1/2023 10:13 PM
Envelope: 4132704
Reviewer: Maria O.

11:29:09 Tuesday, December 13, 2022

```
12/13/22   11:28         C A S E   T R A C K I N G         CSCL  ASMXA201
           TRAC.00              CASE HISTORY               U824  PROD
STARTING DATE   09 01 2021
SELECTION    COMPREHENSIVE CASE HISTORY
```

12/09/21 WENDY FOBERT (WAF2363) ENTERED COMMENT
CORRECT CP MEDCL ARREARS AS INTEREST OF $6028.75 WAS ADDED TO PRINCIPAL IN ERROR. RELEASED $104185.98 WIRE TRANSFER RECEIVED 12/8/21 TO NON FIP PRINCIPAL $93214.56, CP MEDCL PRINCIPAL $8675.00 AND MEDICAID PRINCIPAL $2296.42

12/09/21 18:32 ASPXEND (ASPXEND) DEACTIVATED THE CODE:
   TF61 (IN ARREARS - SEND OOS REQUEST FOR CONTEMPT ACTION)

12/09/21 SYSTEM CLOSED ENFORCEMENT EPISODE WITH FINAL STATUS
   58 COMPLETED - RECEIPTS/ADJUSTMENT ENDED DELINQUENCY

12/10/21 ADAM DIAS (ACD2457) ENTERED COMMENT
MADE ADJ TO CORRECT ACCIDENTAL ADJ THAT MADE CP MED NEGATIVE. IT IS SUPPOSED TO BE $6028.75.

```
RL: 80  12 22 ABSP:          SEGUIN      MARY          CMD:
FNX: TRAC  D CLIENT:         MEYERSIEK   GERO      K   PNL:
```

Case Number: K20010521M
Filed in Providence/Bristol County Family Court
Submitted: 6/1/2023 10:13 PM
Envelope: 4132704
Reviewer: Maria O.

```
11:29:13 Tuesday, December 13, 2022


    12/13/22   11:28        C A S E   T R A C K I N G        CSCL  ASMXA201
               TRAC.00           CASE HISTORY                U824  PROD
    STARTING DATE  09 01 2021
    SELECTION      COMPREHENSIVE CASE HISTORY

    12/14/21 TIMOTHY FLYNN (TWF3296) ENTERED COMMENT_____
    MAILED ADMIN. SUBPOENA AND REQ. FOR INFO TO BANK OF AMERICA_____

    12/14/21 KEVIN TIGHE (KDT5558) ENTERED COMMENT_____
    CONTACTED CP'S ATTY TO ADVISE THAT CHECK IS READY TO BE PICKED UP AND TO
    PLEASE LET ME KNOW WHEN SHE WILL COME BY SO I CAN ALERT THE GUARD AT THE
    DOOR AND BRING THE CHECK DOWN TO HER._____

    01/04/22 TIMOTHY FLYNN (TWF3296) ENTERED COMMENT_____
    SPOKE WITH MARIE AT BANK OF AMERICA REGARDING A SUBPOENA THAT I HAD SENT
    TO THEM REGARDING THE NCP. SHE WILL NOTIFY AN EMPLOYEE THERE TO DO MORE
    RESEARCH_____

    01/12/22 TIMOTHY FLYNN (TWF3296) ENTERED COMMENT_____
    PER SI RECEIVED LETTER TODAY FROM BANK OF AMERICA STATING THAT THE NCP HAS

    RL: 80  12 22  ABSP:        SEGUIN       MARY          CMD: _____
    FNX: TRAC   D CLIENT:       MEYERSIEK    GERO     K    PNL:
```

ed in Providence/Bristol County Family Court
omitted: 6/1/2023 10:13 PM
elope: 4132704
Viewer: Maria O.

```
                        11:29:17 Tuesday, December 13, 2022

       12/13/22   11:28         C A S E   T R A C K I N G        CSCL  ASMXA201
                  TRAC.00              CASE HISTORY              U824  PROD
       STARTING DATE   09 01 2021
       SELECTION      COMPREHENSIVE CASE HISTORY

       01/12/22 TIMOTHY FLYNN (TWF3296) ENTERED COMMENT_____
       PER SI RECEIVED LETTER TODAY FROM BANK OF AMERICA STATING THAT THE NCP HAS
       A CHECKING ACCOUNT WITH THEM. CREATED AN OFFLINE NOTICE OF INTENT TO LIEN
       THE NCP'S ACCOUNT. FAXED AND MAILED COPIES TO BANK OF AMERICA TODAY. WILL
       NOTICE NCP VIA MAIL AT THE TEN DAY MARK_____

       02/21/22 TIMOTHY FLYNN (TWF3296) ENTERED COMMENT_____
       MAILED AND FAXED OFFLINE PERFECTED NOTICE OF LIEN TO BANK OF AMERICA
       REGARDING NCP.'S ACCOUNT. COPY MAILED TO NCP_____

       03/04/22 SYSTEM (SYSTEM) ENTERED COMMENT_____
       KWS1263 CREATED THE LIEN OF INSURANCE ASSETS FORM
       ON 03/03/2022 FOR: PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE (PURE)
       CLAIM NUMBER: TX027985_____


       RL: 80  12 22 ABSP:           SEGUIN        MARY         CMD: _____
       FNX: TRAC   D CLIENT:         MEYERSIEK     GERO    K    PNL:
```