THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Appeal from the United States District Court for the District of Rhode Island

| | |
|---|---|
| MARY SEGUIN | No. 23-1967 |
| *Plaintiff-Appellant* | No. 23-1978 |
| | No. 24-1313 |

v.

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES, et al.
*Defendants-Appellees*

_____

**APPELLANT'S MOTION TO STAY**

**And**

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

**Pending the Court's Resolution of**

**APPELLANT'S MOTION FOR LIMITED REMAND AND RE-ASSIGN**

**Pursuant to 28 U.S.C. § 2106, Fed. R. App. P. 12.1(b), and Fed. R. App. P. 27**

**Pursuant to**

==**NEWLY DISCOVERED EVIDENCE IN 2024 SHOWING OBSTRUCTION**==
**And**
==**PATTERN OF *FUNCTUS OFFICIO* VOID DISTRICT ORDERS**==
**CONTINUING RECORD ALTERATIONS ISSUED WHEN JUDGE WAS DIVESTED OF AUTHORITY**
**DURING THE PENDENCY OF TWO APPEALS 23-1967 and 23-1978**
**THAT ATTEMPT TO UNLAWFULLY INFLUENCE APPEAL**

_____

**ORGANIZED FRAUD, THEFT OF PUBLIC MONEY AND GOVERNMENT PROGRAMS INVOLVING BILLIONS OF DOLLARS**

Appellant, MARY SEGUIN, hereby respectfully moves to stay proceedings pending the Court's resolution of Appellant's Motion for Limited Remand and Re-

Assign filed on July 3, 2024 that is pending before the Court (Document 00118162842).

Accordingly, Appellant, MARY SEGUIN, further hereby respectfully moves for an extension of time of 45 days after such time that the Court resolves the pending Appellant's Motion for Limited Remand and Re-Assign that is before the Court. (Document 00118162842).

In support of Appellant's herein motion to stay proceedings and motion for an extension of time to file brief, Appellant incorporates by reference as fully alleged herein all allegations, facts, evidence, arguments and law raised in Appellant's Motion for Limited Remand and Re-Assign that is pending before the Court. (Document 00118162842).  The United States Supreme Court recently on June 27, 2024, June 28, 2024 and July 1, 2024 had held clearly that the on-going state alleged "enforcement" Title IV-D action in debt at common law must be tried by a jury as required by the Seventh Amendment, as held by *S.E.C. v. Jarkesy*, 603 U.S. ___(2024) on June 27, 2024.  Rhode Island's Title IV-D proceedings held in a limited forum that lacks jurisdiction to call juries are unconstitutional and invalid. Rhode Island Appellees engage in coordinated criminal fraud in the administration of Title IV-D that involves State-Policy prescribed falsification of federal records concealing Rhode Island's unlawful 12% compound interest for the purpose of making false claims within the Title IV legal framework that wholesale violate

federal criminal obstruction codes such as 18 U.S.C. sec. 1512(c)(1) and (c)(2) as well as 18 U.S.C. sec. 1516 that have been addressed at length by the United States Supreme Court in *Fischer v. U.S*., 603 U.S. ___(2024) on June 28, 2024. Furthermore, the filing of two notices of appeal in the underlying district court matter effectively and conclusively divested judge William E. Smith of authority to instruct the clerks of the district court to alter the federal records on appeal calculated to favor the State Appellees. Divested of authority to act, which a federal judge knew or should have known, William E. Smith is subject to federal criminal law for criminal conduct committed when he was divested of authority to act and has no immunity. See *Trump vs. U.S*. 603 U.S.___(2024), page 21 that was held on July 1, 2024. Moreover, **LOPER BRIGHT ENTERPRISES ET AL. v. RAIMONDO, SECRETARY OF COMMERCE, ET AL**., No. 22-451 *Together with No. 22–1219, **Relentless, Inc., et al. v. Department of Commerce, et al.**; **Corner Post, Inc. v. Board of Governors of the Federal Reserve System**, 603 U. S. ____ (2024) strikes down *Chevron deference*, giving Article III federal courts interpretation of Congressional statutes, such as Part D of Title IV of the Social Security Act's *legal framework*. Appellant never sued under 42 U.S.C. sec. 654. Appellant's suit is at law under common law fraud, misrepresentation, negligence etc, 42 U.S.C. sec. 1983 and CIVIL RICO. The Rhode Island state courts purposefully violate and defraud Constitution rights by operating invalid forums

that deny public, pro se and federal authorities access to court information and deny public access to all judge-created laws in violation the Government Edicts Doctrine, the First Amendment, Due Process and Equal Protection Clauses and Privileges and Immunities Clauses.  Most shockingly, the State Appellee judiciary implemented TWO court case management systems and TWO sets of court clerks for TWO court systems in the state family court: one for the State Appellee Department of Human Services and one for everyone else.  Hence in Title IV proceedings in the limited jurisdiction Rhode Island state family court Appellee Department of Human Services files into its own exclusive filing and court case management system that is managed and operated and clerked by a separate group of court clerks in the "reciprocal courts" which means only they and judge can see their filings.  Defendants and everyone else files into the secondary court case management system that is called Odyssey.  When Defendants file objections into Odyssey, the clerks of the Department of Human Services court system disregards or do not care about them and gets the Department of Human Services filed ordered signed by a judge.  This fundamental unconstitutional system violates fundamental due process, violates the First Amendment and makes clear it is purposefully criminally rigged – hence explains the purpose of the public access denial to judge-created laws in violation of the First Amendment and in violation of the Government Edicts Doctrine.  The court orders are invalid and void, and are

tainted by questions of why the Appellees operate two court systems in the state family court that in effect judicially rubber stamps Appellee Department of Human Services' filings and proposed orders that are invisible to defendants and to the public in Title IV proceedings that receives federal funding. This outrageous sham forum is invalid and Younger Abstention does not apply to sham proceedings built on wholesale structural defects that makes false claims for federal funding to operate the illegal criminal scheme.

WHEREFORE, for the above reasons, the Court should grant the Appellant's request to stay proceedings until the Court's resolution of Appellant's Motion for Limited Remand and to Re-Assign that is pending before the Court. The Court should grant Appellant's request for an extension of time of 45 days after such time the Court resolves the pending Motion for Limited Remand and to re-assign. The Court should grant Appellant's request for Limited Remand and to Re-Assign, as soon as possible or at the first opportunity. Appellant respectfully specifically invokes 18 U.S.C. § 4, misprision of felony at common law and all applicability, such as that addressed by this Court in *United States v. Caraballo-Rodriguez*, 480 F.3d 62 (1st Cir. 2007), to this instant action. The Plaintiff-Appellant applies for the $250,000 per Appellee submission per count allowed under the misprision statute by law, and the Court should grant the request under the misprision law which the First Circuit held addresses misprision by public officers, who are more

severely punished under misprision of felony. Appellant respectfully invokes and applies 18 U.S.C. § 1512, *Fischer v. U.S.*, 603 U.S.___(2024) and *Trump v. U.S.*, 603 U.S.___(2024) to request the maximum allowable $250,000 per Appellee submission per count allowed under the federal obstruction statute by law. Appellant respectfully requests any and all relief deemed just.

Respectfully submitted,

Mary Seguin

/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX 77019

Dated: July 3, 2024

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motions were served via the Court's ECF filing system on July 3, 2024, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

/s/ *Mary Seguin*
Mary Seguin
Email: maryseguin22022@gmail.com

Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019