# United States Court of Appeals
## For the First Circuit

---

No. 23-1967

MARY SEGUIN,

Plaintiff - Appellant,

v.

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES, in its official capacity; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES, in its official capacity; GERO MEYERSIEK, in his individual and official capacity; PRISCILLA GLUCKSMAN; JOHN A. LANGLOIS; PAUL GOULD; MICHAEL D. COLEMAN, in his individual and official capacity; DEBORAH A. BARCLAY, in her individual and official capacity; LISA PINSONNEAULT, in her individual and official capacity; CARL BEAUREGARD, in his individual and official capacity; KEVIN TIGHE; MONIQUE BONIN; FRANK DIBIASE; WENDY FOBERT; KARLA CABALLEROS; TIMOTHY FLYNN; RHODE ISLAND COURT SYSTEM; MARISA BROWN; PAUL A. SUTTELL, in his individual and official capacity as Executive Head of Rhode Island State Court System; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT; RHODE ISLAND JUDICIAL COUNCIL; RHODE ISLAND SUPERIOR COURT; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL; THE JUDICIAL TECHNOLOGY CENTER; JULIE HAMIL; JOHN JOSEPH BAXTER, JR.; JUSTIN CORREA; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT; ADAM D. ROACH; PETER F. NERONHA; TYLER TECHNOLOGIES, INC.,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: September 9, 2024

    This matter is before the court on appellant's motion dated August 15, 2024, in which appellant makes multiple requests. As an initial matter, by judgments entered September 4, 2024, previously consolidated appeals 23-1978 and 24-1313 were dismissed due to Seguin's failure to pay the filing fees by the final deadline set out in this court's order entered August 13, 2024. Any remaining requests for relief related to the filing fees for those appeals are <u>DENIED</u>, and only appeal 23-1967 remains pending.

The request to supplement the record from the August 15 motion is resolved as follows: the ultimate merits panel will consider the materials attached to the motion to the extent those materials are relevant and otherwise appropriate for consideration; to the extent appellant seeks to supplement the record with materials not attached to the current motion, the request is DENIED. Appellant is reminded that the ultimate merits panel will decide this appeal based on the parties' briefs and will consider only those matters properly encompassed by the appeal. See generally Fed. R. App. P. 10(a) (specifying contents of record on appeal).

The other requests set out in the August 15 motion are DENIED.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mary Seguin
Marissa D. Pizana
Joanna M. Achille
Peter F. Neronha