THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
Appeal from the United States District Court for the District of Rhode Island

MARY SEGUIN                                                          No. 23-1967
*Plaintiff-Appellant*

v.

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES, et al.
*Defendants-Appellees*

_____

**APPELLANT'S MOTION TO EXTEND TIME TO SUBMIT 9 PHYSICAL COPIES OF APPELLANT'S BRIEF**

_____

Texas Appellant, MARY SEGUIN, respectfully moves to extend time to submit 9 copies of Appellant's brief to October 31, 2024.

Appellant in good faith diligent effort sought print shops with binding capability to produce 9 physical copies of Appellant's Brief to submit to the Court – but was told by at least five shops that they are backed up on orders due to extra busy demand. Appellant lacks the capability to produce the brief bindings.

Accordingly, Appellant respectfully requests an extension of time to submit to October 31, 2024.

**CONCLUSION**

WHEREFORE, the Appellant respectfully requests the Court to GRANT the Appellant's Motion to extend time to October 31, 2024.

Respectfully submitted,

Mary Seguin
Pro Se
/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019

Dated: September 30, 2024

## CERTIFICATE OF SERVICE

This is to certify that the foregoing instrument has been served via the Court's ECF filing system on September 30, 2024, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

Mary Seguin
Pro Se
/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019